IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| CHS INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 3:07CV00184 SWW |
| | * | |
| LOTSIP INC. ET AL., | * | |
| | * | |
| Defendants. | * | |
| | * | |

**Order**

Before the Court are plaintiff's motions for the admission *pro hac vice* of Dawn M. Johnson and Tara A. Zaffe of the law firm of Greensfelder, Hemker & Gale, P.C., of St. Louis, Missouri, to appear as counsel in this case. The motions, which are in compliance with Local Rule 83.5(d), are granted.

DATED this 2nd day of January, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE