IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHS INC., formerly known as CENEX
HARVEST STATES COOPERATIVES                                                    PLAINTIFF

v.                              CASE NO. 3:07-CV-00184 BSM

LOTSIP, INC.; JOHN S. GRESHAM;
CAROL M. GRESHAM; JERRY W.
SHARP; and CAROLYN C. SHARP                                                    DEFENDANTS

## ORDER

Plaintiff's motion to file under seal the declarations of Scott T. Beiswenger and Cherie Macdonald [Document #16] is well taken and is hereby granted.

IT IS SO ORDERED this 12th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE