IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHS INC., formerly known as CENEX
HARVEST STATES COOPERATIVES                                        PLAINTIFF

v.                       CASE NO. 3:07-CV-00184 BSM

LOTSIP, INC.; JOHN S. GRESHAM;
CAROL M. GRESHAM; JERRY W.
SHARP; and CAROLYN C. SHARP                                DEFENDANTS

## JUDGMENT

Upon Plaintiff's motion to enforce its settlement agreement with Defendants [Document #14] and the entire record:

It is ordered adjudged and decreed that Plaintiff's motion to enforce the settlement agreement is granted, that Plaintiff's request for attorneys' fees and costs incurred in seeking to enforce the settlement is granted and that Plaintiff shall submit a motion setting forth its attorneys' fees and costs no later than 14 days after the entry of Judgment.

IT IS SO ORDERED this 12th day of May, 2008.

                                                                      /s/ Brian S. Miller
                                                     UNITED STATES DISTRICT JUDGE