IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHS INC., formerly known as CENEX
HARVEST STATES COOPERATIVES                                                      PLAINTIFF

v.                              CASE NO. 3:07-CV-00184 BSM

LOTSIP, INC.; JOHN S. GRESHAM;
CAROL M. GRESHAM; JERRY W.
SHARP; and CAROLYN C. SHARP                                                      DEFENDANTS

AMENDED JUDGEMENT

Upon Plaintiff's motion to enforce its settlement agreement with Defendants [Doc. No. 14] and the entire record:

It is ordered adjudged and decreed that Plaintiff's motion to enforce the settlement agreement is granted; that Plaintiff's request for damages, as set forth in the order entered on May 12, 2008 granting plaintiff's motion to enforce settlement agreement, is granted; and that Plaintiff's request for attorneys' fees and costs incurred in seeking to enforce the settlement is granted and that Plaintiff shall submit a motion setting forth its attorneys' fees and costs no later than 14 days after the entry of this Amended Judgment.

IT IS SO ORDERED this 16th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE