IN THE UNITED STATES OF ARKANSAS
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHS, INC. f/k/a CENEX HARVEST
STATES COOPERATIVES                                                    PLAINTIFF

vs.                                    NO. 3:07CV00184BSM

LOTSIP, INC., ET AL.                                                   DEFENDANTS

**ORDER**

On May 16, 2008, the court entered an amended judgment in favor of Plaintiff on its motion to enforce a settlement agreement.  Plaintiff was directed to submit a motion for attorneys' fees and costs and now has filed its motion, pursuant to Ark. Code Ann. § 16-22-308, which allows a prevailing party in a breach of contract action to recover a reasonable attorney's fee.  Plaintiff seeks fees and costs in the amount of $10,842.95

In determining the reasonableness of the fee, the court is guided by the following factors:

(1)  the experience and ability of counsel; (2) the time and labor required to perform the legal service properly; (3) the amount involved in the case and the results obtained; (4) the novelty and difficulty of the issues involved; (5) the fee customarily charged in the locality for similar services; (6) whether the fee is fixed or contingent; (7) the time limitations imposed upon the client or by the circumstances; and (8) the likelihood, if apparent to the client, that the acceptance of the particular employment will preclude other employment by the lawyer.

*South Beach Beverage Co., Inc. v. Harris Brands, Inc.*, 355 Ark. 347, 356 (2003) (citation omitted)  The court has reviewed the motion and supporting documents in light of these factors and finds that the amount claimed is reasonable.

The motion for an award of attorneys' fees and costs (Doc. No. 28) is therefore granted.  Plaintiff is awarded $10,784.00 in attorneys' fees and $58.95 in costs to be paid by Defendants.

IT IS SO ORDERED this 12th day of June, 2008.

*[signature: Brian S. Miller]*

_____
UNITED STATES DISTRICT JUDGE