# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**CHS INC., formerly known as**
**CENEX HARVEST STATES**
**COOPERATIVE**                                                                          **Plaintiff**

vs.                                  Case No. 3:07CV00184 BSM

**LOTSIP, INC.; JOHN S. GRESHAM;**
**CAROL M. GRESHAM; JERRY W.**
**SHARP; and CAROLYN C. SHARP**                              **Defendants**

## CONSENT JUDGMENT

This matter having come before the Court on the Joint Motion for Entry of Consent Judgment on Count V of the Complaint [Doc. # 32], and, as stipulated by Defendants Jerry W. Sharp and Carolyn C. Sharp in said count of the Complaint, it is ordered, adjudged and decreed as follows:

1.  Judgment is rendered in favor of CHS Inc. and against Jerry W. Sharp and Carolyn C. Sharp, jointly and severally, on Count V of the Complaint in the total amount of $548,827.53, consisting of principal in the amount of $517,354.18, pre-judgment interest in the amount of $30,473.35 through July 21, 2008, and attorneys' fees and costs in the amount of $1,000.00, which bears additional interest from July 22, 2008 to the date of the entry of the judgment at the rate of $113.39 per day. This judgment shall bear interest at the rate of 2.25% per annum until paid in full.

2. CHS Inc. shall also collect all of its reasonable attorneys' fees and legal expenses incurred in attempting to execute on or enforce this judgment.

3. CHS Inc. will withdraw its Motion to Compel Discovery and Request for Sanctions [Doc. # 30], filed on July 11, 2008.

4. This judgment is a final judgment that conclusively resolves all remaining claims between all remaining parties to this cause of action.

IT IS SO ORDERED this 22nd day of July, 2008.

                                                   /s/ Brian S. Miller
                                                   UNITED STATES DISTRICT JUDGE